■ In the Matter of Edwin Suarez et al., Respondents, v Anthony Sadowski et al., Constituting the Board of Elections of the City of New York, Respondents, and Jose A. Cruz et al., Appellants.—Judgment, Supreme Court, New York County, entered on August 21, 1979, affirmed, without costs and without disbursements. Concur—Fein, Lane and Markewich, JJ.

Kupferman, J. P., and Silverman, J., dissent and would reverse and order a new hearing at which appellant should be permitted to attempt to show validity of signatures determined to be invalid by the Board of Elections. No opinion.

■ In the Matter of Euzie Hutchinson et al., Respondents, v Anthony Sadowski et al., Constituting the Board of Elections of the City of New York, Respondents, and Henrietta Weston, Appellant.—Judgment, Supreme Court, New York County, entered on August 22, 1979, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Fein, Lane, Markewich and Silverman, JJ.

(August 29, 1979)

■ In the Matter of Sybil Holley et al., Petitioners, and Dennis Gardner, Appellant, v Board of Elections et al., Respondents. In the Matter of Carmen L. Perez et al., Petitioners, v Board of Elections et al., Respondents. In the Matter of Dennis Gardner, Appellant, v Board of Elections of the City of New York et al., Respondents. (And Another Action.) In the Matter of Carmen L. Perez, Petitioner, v Board of Elections et al., Respondents. In the Matter of Ada M. Torres et al., Petitioners, v Board of Elections et al., Respondents. In the Matter of Jose Melendez, Appellant, v Board of Elections et al., Respondents. In the Matter of Marcella R. Brown et al., Petitioners, v Alice Sachs et al., and Edward S. Hall, Respondents. In the Matter of Edward S. Hall, Appellant, v Board of Elections et al., Respondents.—Judgment of August 27, 1979, Supreme Court, Bronx County, is modified in the exercise of discretion, without costs, to the extent of directing the Board of Elections to provide the appropriate means, whether paper ballots or machine, in its discretion, with appropriate and sufficient instructions in English and Spanish, to permit a write-in vote in accordance with the judgment and opinion appealed from. Concur—Kupferman, J. P., Birns, Sandler and Markewich, JJ.

Fein, J., dissents in part and would affirm on the opinion and judgment of Stecher, J., at Special Term.